IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Trustees of the National Asbestos
Workers Medical Fund, *et al.*,

:

:

Plaintiffs/Judgment Creditors,

:

vs.

: Case No. 3:16mc00001

: District Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

Eyler Asbestos, LLC,

:

Defendant/Judgment Debtor.

:

# ORDER

On July 1, 2016, Plaintiffs/Judgment Creditors filed a Certification Of A Judgment To Be Registered In Another District executed by the Clerk of Court, United States District Court for the District of Maryland. (Doc. #1). The Judgment was issued in favor of Judgment Creditors against Defendant/Judgment Debtor Eyler Asbestos, LLC for the sum $7,370.30. *Id.*, *PageID* #3.

The presently pending Certified Judgment and the Judgment Debtors' Motions, Memoranda, and supporting Affidavits and materials (Doc. #s 1-3) establish that the total probable amount now due on the Judgment is $7,370.30. Judgment Creditors name as Garnishees:

    Chase Bank
541 Wagner Avenue
Greenville, OH 45331

Farmers State Bank
675 Wagner Avenue
Greenville, OH 45331

(Doc. #s 2, 3). The Judgment Creditors believe that each Garnishee holds property, other than personal earnings, that belongs to the Judgment Debtor and is not exempt from execution.

    Accordingly, the Motions Of Judgment Creditors For An Order Of Garnishment Of Property Other Than Personal Earnings (Doc. #s 2, 3) are GRANTED. A Writ of Continuing Garnishment in the amount of $7,370.30 is hereby issued in favor of the Judgment Creditors and against the Judgment Debtors for funds due and owing from Chase Bank and Farmers Bank.

July 8, 2016

                                              Sharon L. Ovington
                                              Chief United States Magistrate Judge